UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND LAMONT BELL,

                Petitioner,

   v.

JEFFEREY PERKINS,

                Respondent.

CASE NO. 2:24-cv-01592-JCC-GJL

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted a Motion seeking leave to proceed with this action *In Forma Pauperis* ("IFP"). Petitioner's IFP Motion demonstrates that he is unable to afford the $5.00 filing fee. The IFP Motion (Dkt. 1) is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 4th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1