UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND LAMONT BELL,

           Petitioner,

    v.

JEFFEREY PERKINS,

           Respondent.

CASE NO. 2:24-cv-01592-JCC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the unobjected to Report and Recommendation of U.S. Magistrate Judge Grady J. Leupold and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed with prejudice as it is time barred under 28 U.S.C. § 2244(d).

(3) No evidentiary hearing is necessary, and a certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 3rd day of January, 2025.

*/s/ John C. Coughenour*
JOHN C. COUGHENOUR
United States District Judge